# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2085
LT Case No. 1985-CF-000390-B

_____

MICHAEL REED,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Hernando County.
Daniel B. Merritt, Jr., Judge.

Michael Reed, Florida City, pro se.

No Appearance for Appellee.

March 10, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, EDWARDS, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____